**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Land & Resource Consulting, Inc., *a Minnesota corporation*,

Plaintiff,

v.

Workhorse Land Development, LLC, *a Wisconsin limited liability company*; and William Webber;

Defendants.

No. 0:25-cv-02890 (KMM/SGE)

**ORDER**

---

This matter is before the Court on Plaintiff Land & Resource Consulting, Inc.'s ("LRC") email request to add a motion for default judgment to the hearing set for January 4, 2027 on LRC's motion to strike the Answer and Counterclaims of Defendant Workhorse Land Development, LLC ("Workhorse") and for entry of Workhorse's default. Mot. to Strike, Dkt. 78; Hr'g Notice, Dkt. 81. The email request is denied. Obtaining a default judgment is a two-step process, and where a default is not secured first, a plaintiff's motion for default judgment is premature. *See Johnson v. Dayton Elec. Mfg. Co.*, 140 F.3d 781, 783 (8th Cir. 1998) (explaining that "entry of default under Rule 55(a) must precede grant of a default judgment under Rule 55(b)"). And even if LRC's request for entry of Workhorse's default is granted, prior to the entry of a default judgment, Workhorse "is entitled to the more lenient 'good cause' standard in considering" any motion to set aside entry of default under Rule 55(c). *Id.* at 783–84. Therefore, LRC must wait until after a

decision is made on its motion to strike and for entry of default before moving for default judgment.

Date: November 20, 2026

*s/Katherine Menendez*
Katherine Menendez
United States District Judge